DOROTHY C. RECHTWEG, as Administratrix, etc., of MORRIS K. RECHTWEG, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Action to recover damages for wrongful death of plaintiff's intestate by reason of the collision of an automobile, driven by the decedent, with a trolley pole located in the middle of Queens boulevard near Fifty-fourth avenue, in the borough of Queens. Judgment in favor of plaintiff affirmed, with costs. No opinion. Hagarty, Taylor and Close, JJ., concur; Johnston and Adel, JJ., dissent and vote to reverse the judgment on the facts and to grant a new trial on the ground that on the issues of negligence and contributory negligence the verdict is against the weight of the evidence.

## (March 4, 1942.)

In the Matter of the Application of JOHN A. GAGE for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

## (March 9, 1942.)

EMMA AVENIUS, Respondent, v. WALTER STUART, as Executor, etc., of MARY S. GILBERT, Deceased, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

GLOBE HOME FURNISHING Co., INC., Appellant, v. THE FIRST NATIONAL BANK & TRUST CO. OF TUCKAHOE, N. Y., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston and Adel, JJ.; Close, J., not voting.